IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Best Western Kentucky Barkley Lakes, Best Western Kentucky Barkley, Best Western Kentucky Barkley Lakes Inn, AKP Enterprises, LLC, and AKKP, LLC d/b/a Best Western Kentucky Barkley Lakes Grand Rivers | : Civil Action No. 5:08CV122-R :  :  :  :  :  :  : |
| PLAINTIFF | : : |
| v. | : : |
| AMERICAN FIRE PROTECTION, INC. | : : |
| DEFENDANT | : |

## RULE 26 EXPERT WITNESS DISCLOSURE

*********

Comes the Defendant, American Fire Protection, Inc., by counsel, and in compliance with this Court's Discovery Order, identifies expert witness, Daniel L. Arnold, P.E., FSFPE, and includes his expert report, Curriculum Vitae, and list of cases in which the witness has provided testimony.

Respectfully submitted,

REMINGER CO., L.P.A.

/s/ Paul A. Dzenitis
Paul A. Dzenitis
Mark R. Bush
269 West Main Street, Suite 700
Lexington, Kentucky 40507
(859) 233-1311 – Telephone
(859) 233-1312– Facsimile
*Counsel for American Fire Protection*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2009, I electronically filed the forgoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joseph F. Rich
1900 Market Street
Philadelphia, PA  19103
*Counsel for Discover Property and Casualty Insurance Company*

/s/ Paul A. Dzenitis