## Appendix B

### DANIEL L. ARNOLD, P.E., FSFPE

| | |
|---|---|
| **EDUCATION:** | **University of Maryland**<br>Bachelor of Science in Fire Protection Engineering, 1980 |
| **PROFESSIONAL EXPERIENCE:** | |
| 2001 – Present | **SENECA FIRE ENGINEERING, LLC**, Marietta, GA<br>Principal Fire Protection Engineer<br><br>Consulting fire protection engineer. Fire protection system design and evaluation. Building, fire and life safety code analysis, equivalencies and negotiations. Property fire protection condition surveys and audits. Fire investigation and litigation/expert support services. |
| 1985 – 2001 | **ROLF JENSEN & ASSOCIATES, INC.**, Atlanta, GA<br>Engineering Manager/Vice President<br><br>Design, evaluation and consulting fire protection engineering projects. Conceptual planning, design in inspection of fire protection systems including sprinkler, water supply, standpipe, fire alarm, detection and alarm systems. Consult on building code issues related to fire and life safety. |
| 1983 – 1985 | **BECHTEL CORPORATION**, Gaithersburg, MD<br>Fire Protection Engineer<br><br>Consulting engineer in areas of fire protection and mechanical engineering. Implemented fire protection requirements. Performed fire hazard analyses including ensuring compliance with regulatory requirements, postulating fire scenarios and the evaluation of general plant fire safety. Developed conceptual fire protection system design and reviewed existing systems for modifications. |
| 1982 – 1983 | **ROTHFUSS ENGINEERING CORPORATION**<br>Staff Fire Protection Engineer<br><br>Performed fire protection system surveys including as-built system walkdowns, acceptance tests, preparing operation and technical procedures, fire brigade training and fire pre-plan development. Designed fire protection systems including detailed drawing development, water supply system modifications and specifications. |

SPRINKLER SYSTEM FAILURE  
BEST WESTERN HOTEL  
GRAND RIVERS, KENTUCKY

Page 16 of 19  
December 13, 2009

| | |
|---|---|
| 1980 – 1982 | **BECHTEL CORPORATION**, Gaithersburg, MD<br>Systems Engineer<br><br>Designed and specified fire protection systems including automatic sprinklers, fire pumps, water spray and deluge systems, standpipes, halon and fire alarm detection systems. Provided technical guidelines in areas of fire barrier design including walls, floors/ceiling assemblies, fire doors, dampers and penetration seals as well as egress design and general life safety issues. |
| 1980 | **UNIVERSITY OF MARYLAND**, Fire Protection Department<br>Student Research Assistant<br><br>Involved in the expansion of the U.S. Fire Administration's Programmed Planning Guide. Participated in the development of the final reports submitted to the USFA. |
| 1974 – 1985 | **PRINCE GEORGES COUNTY, MD**<br>Firefighter<br><br>Active volunteer firefighter in large combination department obtaining rank of Lieutenant. Emergency apparatus operator including mobile fire pumps and aerial ladders. Duties included commanding units and personnel and training volunteer recruits. |

**PROFESSIONAL AFFILIATIONS:** National Society of Professional Engineers, Member  
American Council of Engineering Companies, Member  
National Fire Protection Association, Member  
Georgia Fire Inspector's Association  
Society of Fire Protection Engineers, Fellow  
    Southeastern Chapter, Executive Committee  
    Southeastern Chapter, Past President  
International Code Council (ICC)

**REGISTRATION:** Professional Engineer

| | | | |
|---|---|---|---|
| Delaware | Tennessee | Indiana | Arkansas |
| Florida | North Carolina | Ohio | |
| Georgia | South Carolina | Texas | |
| Alabama | Pennsylvania | Mississippi | |

| | |
|---|---|
| SPRINKLER SYSTEM FAILURE<br>BEST WESTERN HOTEL<br>GRAND RIVERS, KENTUCKY | Page 17 of 19<br>December 13, 2009 |

**COMMITTEE MEMBERSHIPS:** NFPA 13, Technical Committee on Automatic Sprinkler System, Installation Criteria, Alternate Member (Former)

NFPA 92A, Technical Committee on Smoke Management Systems, Principal Member (Former)

Society of Fire Protection Engineers, Southeastern Chapter, Past President and Executive Committee

Commission on Fire Safety and Preparedness, U.S. Department of Energy

**SELECTED SEMINARS & SPECIAL COURSES ATTENDED:**

"Basic and Intermediate Fire Fighting, Maryland Fire and Rescue Institute.

Numerous short courses on various fire service subjects.

"Foam Systems Seminar," National Foam.

"Construction Scheduling Seminar," Maryland Society of Professional Engineers.

"Fire Protection for Power Plants," Bechtel Power Corporation.

""Enclosure Fire Hazard Analysis," Department of Fire Protection Engineering, University of Maryland.

"Flashover Seminar", Society of Fire Protection Engineers.

**SELECTED TECHNICAL PAPERS, PUBLICATIONS AND SPEECHES:**

"Computer Support System for the Programmed Planning Guide," United States Fire Administration, Watts, Arnold and Milke, 1981.

"Emerging Technology and Fire Protection," Atlanta, Georgia, April 1991.

"Sprinklers and Glazing," Society of Fire Protection Engineers, Southeastern Chapter, 1991.

"Fire Protection Systems Piping," *Piping Handbook*, 6th Edition, 1992.

"Failure of a Sprinkler System: A Case Study," *Fire Protection Engineering,* Issue No. 21, Winter 2004.

Sprinkler System Failure Study: Fire Conference, SFPE SE Chapter, March 2005