SPRINKLER SYSTEM FAILURE                                    Page 18 of 19
BEST WESTERN HOTEL                                          December 13, 2009
GRAND RIVERS, KENTUCKY

## List of Testimony

**Daniel L. Arnold, P.E., FSFPE**
**through October 15, 2009**

| | **Action** | **Location** |
|---|---|---|
| 1. | Eugene V. Fife and Lu Ann L. Fife v. Kiawah Island Utility, Inc., Kiawah Resort Associates, L/P. d/b/a Kiawah Resort Associates | Charleston, SC |
| 2. | Waretex Industries, LTD., et al.v. Town & Country, et al. State of South Carolina, County of Greenwood | Greenville, SC |
| 3. | Marc P. Malcuit, et al., v. SMD, Inc., et al. Circuit Court of Warren County, Kentucky | Atlanta, GA |
| 4. | ConAgra, Inc., v. Wilson Foods Corporation, Doskocil Companies, Inc., Normac Foods, Inc., and Thompson Builders of Marshall, Inc.; | Overland Park, KS |
| 5. | Revman Industries, Inc. v. Montgomery Industries, Inc., et al. Court of Common Pleas, Spartanburg Co., S.C. | Atlanta, GA |
| 6. | Empire Distributors, Inc., et al v. Heaven Hills Distilleries, Inc. Jefferson Circuit Court, Division Two Jefferson County, Kentucky | Louisville, KY |
| 7. | Davis, as Administrator v. Pittway Corporation et. al. Dillard et al. v. Pittway Corporation et. al. Circuit Court of Etowah County, Alabama | Atlanta, GA |
| 8. | Selig Enterprises, Inc. v. ADT Security Services, Inc.; Mid-Atlantic Security v. Stimsonite; U.S.D.C., N.D. Ga., | Atlanta, GA |
| 9. | Lowe's Home Centers, Inc. v. Olin Corporation U.S.D.C., M.D. Ga., | Atlanta, GA |
| 10. | Federal Insurance Company a/s/o Keystone Foods Corporation, v. Cagles, Inc; U.S.D.C., N.D. Ga., | Atlanta, GA |
| 11. | Central Synagogue; Wausau Business Ins. Co. v. Turner Construction Co., Aris Development, et. al. | New York, NY |
| 12. | Pretzel's, Inc vs. Shambaugh & Sons, Inc., et. al. State of Indiana, Wells Superior Court | Bluffton, IN |
| 13. | Darshin and Sandeep Kakaria v. Goodwin, Lamb, etc. Fifth Circuit Court for Davidson County, TN at Nashville | Nashville, TN |
| 14. | Mayflower Seafood Restaurant III, LLC vs. Whaley Food Service Repair, Superior Court for Rockingham County, S.C. | Atlanta, GA |
| 15. | Colonial Properties v. Lowder Construction  Company State Court of Bibb County, Georgia | Atlanta, GA |
| 16. | Lam Lee Group v. Fire Power Systems, Inc. and Scott & Reid General Contractors, District Court, Dallas County, TX | Dallas, TX |

SPRINKLER SYSTEM FAILURE                                          Page 19 of 19
BEST WESTERN HOTEL                                              December 13, 2009
GRAND RIVERS, KENTUCKY

17. Latoya Smalls v. Bread and Roses Hospitality, Inc, et. al.        Atlanta, GA
    Circuit Court of the 10th Judicial Circuit, Jefferson County, AL

18. Bristol Brass & Copper, Inc. v. AppServ, Inc., et. al.           Charlotte, NC
    U.S.D.C., Eastern District of Tennessee at Greenville

19. Tennessee Hotel Associates v. R.H. Sinclair Co., et al.          Atlanta, GA
    Circuit Court for Blount County, Tennessee

20. Kimberly-Clark Corporation v. APL Logistics, et al.              Atlanta, GA
    Northern District of Georgia, Atlanta Division

21. Colonial Properties v. Lowder Construction Co., et al.           Macon, GA
    State Court of Bibb County, Georgia

22. Winter Construction Co. v. Safeway Fire Protection Co.           Atlanta, GA
    Northern District of Georgia, Atlanta Division

23. Creative Fabricators, LLC v. S&S Sprinkler Co. LLC               Atlanta, GA
    Eastern District, State of Louisiana

24. Associated Grocers v. Americold, NPIC, et al.                    Philadelphia, PA
    District Court of Wyandotte County, Kansas                       Kansas City, KS

25. Hardware Imagination v. Tech-AeroFoam Products                   Tampa, FL
    Circuit Court of 9th District, Orange County, FL

26. Rock Tenn v. Commercial Piping, Metrolina Sprinkler, et al.      Charlotte, NC
    Superior Court, Union County, North Carolina

27. Sterling Group v. Underwood Fire Equipment Company               Detroit, MI
    Circuit Court of Wayne County, Michigan

28. Deere & Company v. Factory Mutual Ins. Co., et al.               Atlanta, GA
    District Court, 7th Judicial District, Scott County, Iowa        Davenport, IA

29. Mt. Hawley and James River v. Pallet Consultants Corp.           Miami, FL
    District Court, Southern District of Florida

30. Allstate Insurance Company v. Nationwide Sales, Inc.             Walton County, FL
    Shonda Harper and Joseph L. Wright

31. Ruby Tuesday, Inc. of Griffin, GA v. M&B Exhaust                 Spaulding Co., GA
    Services, LLC

32. AGF Springcreek Colt II v. Metro Fire Protection                 Dallas County, GA
    44th District County of Dallas County, Texas

33. Camden County v. Integrated Systems, Inc. and AFEX               Camden Co., GA
    US District Court, Southern District of GA, Brunswick District

34. Target Medical, Inc., Double B Investments v. Gold Dust, Inc.    Memphis, TN
    Circuit Court of Tennessee, 30th Judicial District at Memphis

35. Delta Mills, Inc. v. Picanol N.V. and IH Services, Inc.          Charlotte, NC
    Court of Common Please, Greenville, NC

36. Wayne Farms, et al. v. Crane Company, et al.                     Atlanta, GA
    Superior Court of Fulton County, Georgia